(February 11, 1988)

■ In the Matter of SHELDON JOEL SANDERS, a Disbarred Attorney.—Application by Sheldon Joel Sanders, a disbarred attorney and counselor-at-law, for reinstatement to the Bar of the State of New York.

Upon the papers filed in support of the application and the papers filed in opposition thereto, it is

Ordered that the application is denied. Mollen, P. J., Mangano, Thompson, Brown and Rubin, JJ., concur.